# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

ALEXIS MONAE SUTTON,

              Defendant.

Case: 2:25−cr−20626
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 8/20/2025
Description: INFO USA V. SUTTON (NA)

VIOLATIONS: 26 U.S.C. § 7206(2)

## **INFORMATION**

The Chief, delegated Deputy Assistant Attorney General for Criminal Matters for the United States Department of Justice-Tax Division ("D.A.A.G.") charges:

Introduction

At all times relevant to this Information, unless otherwise indicated:

1. The defendant, ALEXIS MONAE SUTTON, a resident of Warren, Michigan, within the Eastern District of Michigan, owned and operated Tax Kings, a tax return preparation business located in Oak Park, Michigan.

2. Through Tax Kings, the defendant ALEXIS MONAE SUTTON prepared and caused to be prepared U.S. Individual Tax Returns, Forms 1040 ("Forms 1040"), and related Schedules and Forms on behalf of client-taxpayers for submission to the Internal Revenue Service ("IRS").

3.      The IRS was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

4.      A Form 1040 was an annual income tax return that a United States taxpayer submitted to the IRS on a yearly basis for the purpose of reporting income and claiming deductions and credits to determine the taxpayer's federal income tax liability or refund.

5.      A Schedule A, Itemized Deductions ("Schedule A"), was an IRS form attached to a Form 1040, when applicable, used to claim certain itemized deductions from taxable income.   Deductions to be reported on a Schedule A included, among other things, medical and dental expenses, gifts to charity, job-related and other miscellaneous expenses (such as unreimbursed employee expenses), and state and local taxes paid by the taxpayer.

6.      A Schedule C, Profit or Loss from Business (Sole Proprietorship) ("Schedule C") was an IRS form that could be attached to a Form 1040, when applicable, used to report gross income, expenses, and profit or loss from a business operated by the taxpayer as a sole proprietorship.

7.      A Form 8863, Education Credits ("Form 8863"), was an IRS form that could be attached to a Form 1040, when applicable, used to report, among other things, education credits based on qualified education expenses paid to an eligible postsecondary educational institution.

8.  A Form 4136, Credit for Federal Tax Paid on Fuels ("Form 4136"), was an IRS form attached to a Form 1040, when applicable, used to report, among other things, credit for certain nontaxable uses, or sales, of fuel during the tax year.

9.  A Form 7202, Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals ("Form 7202") was an IRS form attached to a Form 1040, when applicable, used to report qualified sick and family leave equivalent credits if the taxpayer was unable to perform services as an eligible self-employed individual due to certain COVID-19 related circumstances for certain designated time periods.

10. A Schedule H, Household Employment Taxes ("Schedule H"), was an IRS form that could be attached to a Form 1040, when applicable, to report household employment taxes if the taxpayer paid wages to a household employee and the wages were subject to social security, Medicare, or Federal Unemployment Tax Act ("FUTA") taxes, or if the taxpayer withheld federal income taxes.

The Tax Preparation Fraud

11. In or about and between 2022 to the date of this Information, the defendant ALEXIS MONAE SUTTON prepared false and fraudulent Forms 1040 and related Forms and Schedules for client-taxpayers for the tax years 2021 through 2024 through a number of means. For example, SUTTON attached Schedules A to Forms 1040 that reported inflated or fictitious deductions for, among other things, medical and dental expenses which the client-taxpayers did not incur during the relevant tax year, or did not incur in the amounts listed on the Schedule. SUTTON also attached Schedules C to Forms

3

1040 that reported businesses that the client-taxpayers did not own, operate, and materially participate in, and business losses that the client-taxpayers did not incur, or gross income and expenses that were not related to the operation of a sole proprietorship.   SUTTON also attached Forms 4136 to Forms 1040 that reported fictitious credits for federal taxes paid on fuels for off-highway business use of gasoline that the client-taxpayers did not incur.   SUTTON also attached Forms 8863 to Forms 1040 that reported inflated or fictitious refundable American opportunity credits for qualified education expenses that the client-taxpayers did not incur.   SUTTON also attached Forms 7202 to Forms 1040 that reported false and fraudulent qualified sick and family leave credits that the clients were not eligible to claim or in the amounts claimed.   The inclusion of these fraudulent deductions and credits on the client-taxpayers' Forms 1040 resulted in reducing their tax due and owing and increased their tax refunds.

## COUNT ONE
(Aiding and Assisting in the Preparation and Presentation of a
False Tax Return)

12.     The allegations contained in paragraphs 1 through 11 are realleged and incorporated by reference, as if fully set forth in this paragraph.

13.     On or about the date set forth below, within the Eastern District of Michigan and elsewhere, defendant ALEXIS MONAE SUTTON willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, and attached schedules and forms, for the taxpayer and calendar year set forth below, which was false and

4

fraudulent as to a material matter. The tax return was false in that it reported the taxpayer as owning and operating a Schedule C business and certain expenses, reported Schedule A itemized deductions, and reported credits for federal tax paid on fuels; whereas defendant ALEXIS MONAE SUTTON well knew that said taxpayer had reportable wages and not gross receipts from a Schedule C business, did not own and operate the business reported on the Schedule C, was not entitled to claim as itemized deductions the medical and dental expenses reported on the Schedule A, and was not entitled to claim credits for federal tax paid on fuels.

| Taxpayer | Tax Year | Date of Tax Return | False Items |
|---|---|---|---|
| Individual 1 | 2022 | January 30, 2023 | a) Form 1040, Schedule C, Principal Business or Profession:  Offices of Real; Line 31:  Net profit or (loss) of $27,246<br><br>b) Form 1040, Schedule A, Line 1: Medical and dental expenses of $44,051<br><br>c) Form 1040, Form 4136, Line 1(a):  Nontaxable Use of Gasoline, Off-highway business use:  54,114 gallons |

In violation of Title 26, United States Code, Section 7206(2).

                                           */s/Jerome F. Gorgon Jr*
                                           Jerome F. Gorgon, Jr.
                                           United States Attorney

                                           */s/ Christopher P. O'Donnell*
Dated:  08/20/2025               Christopher P. O'Donnell
                                           Tax Division Department of Justice

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20626 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: C.P.O. |

**Case Title:** USA v. Alexis Sutton

**County where offense occurred:** Oakland County

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

   ____Indictment/ ✓ Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

_____
Date

/s/Christopher P. O'Donnell
Christopher O'Donnell
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 202-305-4418

E-Mail address: christopher.p.o'donnell@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.